■ KENNETH WYLIE, Respondent, v CONSOLIDATED RAIL CORPORATION, Appellant. (Appeal No. 2.) [646 NYS2d 487] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Set Aside Verdict.) Present—Denman, P. J., Pine, Callahan, Balio and Davis, JJ.